**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY KEITH TOSCANO, individually and as successor-in-interest to Angel Keith Toscano, deceased; by his mother and Guardian Ad Litem Sylvia Moreno; JULIAN MATTHEW TOSCANO, individually and as successor-in-interest to Angel Keith Toscano, deceased; by his mother and Guardian Ad Litem Sylvia Moreno; ANGEL INFINITY TOSCANO, individually and as successor-in-interest to Angel Keith Toscano, deceased; by his mother and Guardian Ad Litem Sylvia Moreno; JIMMY LEE LONG, individually and as successor-in-interest to Angel Keith Toscano, deceased; by his mother and Guardian Ad Litem Sylvia Moreno,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, a municipal corporation; JERRY DYER, individually and in his capacity as Chief of Police for the City of Fresno,<br><br>Defendants. | No. 14-cv-186 LJO-GSA<br><br><br><br><br><br><br><br>**ORDER GRANTING MOTION TO APPOINT GUARDIAN AD LITEM**<br><br><br>(Doc. 6) |

On February 11 2014, Plaintiffs' counsel submitted a Motion to Appoint Sylvia Moreno to Act as the Guardian ad Litem for, Angel Infinity Toscano, the minor Plaintiff ("Plaintiff") in this action. (Doc. 6). Ms. Moreno is Plaintiff's mother. The Court finds that it is necessary to appoint

a guardian ad litem in this case as Plaintiff is only seven years old.  Accordingly, upon a review of the application, the Motion to Appoint Sylvia Moreno as Guardian ad Litem is GRANTED.

IT IS SO ORDERED.

Dated:   **February 13, 2014**                              **/s/ Gary S. Austin**
                                                                              UNITED STATES MAGISTRATE JUDGE